UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ARKIL JOHNSON

                              Plaintiff,

        v.                                      ORDER
                                              05-CV-451

HABLE, ET AL.,

                              Defendant.

---

This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1), on March 8, 2007. On January 10, 2008, defendants filed a motion for summary judgment. On August 1, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motion for summary judgment be denied.

Plaintiff filed objections to the Report and Recommendation on September 24, 2008.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made. Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions of the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion for summary judgment

is denied. The case is referred back to Magistrate Judge McCarthy for assignment of counsel.

    SO ORDERED.

                                         s/ *Richard J. Arcara*
                                         HONORABLE RICHARD J. ARCARA
                                         CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT
DATED:  September 30  , 2008